IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUFFEY FAMILY LIMITED | ) | Case No.: 09-22696-JKF |
| PARTNERSHIP, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §102(1) and all other applicable law, the undersigned, as counsel of record for **S & T Bank, successor by merger to Irwin Bank formerly Irwin Bank & Trust Company**, a creditor of the above-named Debtor and a party in interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

Gary W. Darr, Esquire
Nicholas A. Didomenico, Esquire
McGRATH & ASSOCIATES, P.C.
Three Gateway Center
401 Liberty Avenue, Suite 1375
Pittsburgh, Pennsylvania 15222
Telephone (412) 281-4333
Facsimile (412) 281-2141
gdarr@lenderlaw.com
ndidomenico@lenderlaw.com

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtor.

McGRATH & ASSOCIATES, P.C.

Date: <u>April 16, 2009</u>

By: <u>/s/ Gary W. Darr</u>
   Gary W. Darr, Esquire
   PA I.D. No. 90857
   Three Gateway Center
   401 Liberty Avenue, Suite 1375
   Pittsburgh, PA 15222
   Telephone (412) 281-4333
   Facsimile (412) 281-2141

   Attorneys for S & T Bank, successor by merger to Irwin Bank formerly Irwin Bank & Trust Company

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br> ) <br> GUFFEY FAMILY LIMITED ) <br> PARTNERSHIP, ) <br> ) <br> ) <br> Debtor. ) | Case No.: 09-22696-JKF <br><br> Chapter 11 |

## **DECLARATION IN LIEU OF AFFIDAVIT**
### Regarding Request To Be Added to the Mailing Matrix

    I am the Attorney for S & T Bank, successor by merger to Irwin Bank formerly Irwin Bank & Trust Company, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

    Please *check* the appropriate box

    ☒    that there are no other requests to receive notices on behalf of this creditor, or

    ☐    that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct. Executed on  April 16, 2009

                                                                         Gary W. Darr, Esquire
                                                                        Attorney For Creditor

                                                                        /s/ Gary W. Darr
                                                                        Signature of Attorney for Creditor
                                                                        PA I.D. No. 90857

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was served on the following this <u>17th day of April, 2009</u>, at the addresses listed below by electronic mail or first-class U.S. Mail, postage-prepaid as indicated:

| | |
|---|---|
| Guffey Family Limited Partnership<br>14179 Lincoln Way<br>North Huntingdon, PA 15642<br>DEBTOR | Joseph M. Fornari, Jr.<br>Joseph.M.Fornari@usdoj.gov<br>TRUSTEE |
| Robert O. Lampl, Esquire<br>rol@lampllaw.com<br>DEBTOR'S COUNSEL | Office of the U.S. Trustee<br>ustpregion03.pi.ecf@usdoj.gov<br>U.S. TRUSTEE |

Date: <u>April 17, 2009</u>　　　　　　　　　　McGRATH & ASSOCIATES, P.C.

By: <u>/s/ Gary W. Darr</u>
　　Gary W. Darr, Esquire
　　PA I.D. No. 90857
　　Three Gateway Center
　　401 Liberty Avenue, Suite 1375
　　Pittsburgh, PA 15222
　　Telephone (412) 281-4333
　　Facsimile (412) 281-2141
　　gdarr@lenderlaw.com
　　Attorneys for S & T Bank, successor by merger to Irwin Bank formerly Irwin Bank & Trust Company